NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RAKHMATULLA ASATOV,**
*Petitioner,*

**v.**

**DEPARTMENT OF JUSTICE,**
*Respondent.*

---

2014-3002

---

Petition for review of the Merit Systems Protection Board in No. PH3330120348-I-1.

---

**ON MOTION**

---

**O R D E R**

Rakhmatulla Asatov moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                                      ASATOV v. DOJ


                              FOR THE COURT

                              /s/ Daniel E. O'Toole
                                  Daniel E. O'Toole
                                  Clerk


s24